# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Carolyn Buscher, | **Civil No. 08-475 (RHK/JSM)** |
| Plaintiff, | **ORDER** |
| vs. | |
| Omni Credit Services, Inc., | |
| Defendant. | |

Pursuant to the parties' Stipulation (Doc. No. 6), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**, on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 18, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge